## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22088-CIV-KING

ISABEL VASQUEZ,
an individual,

      Plaintiff,

v.

BCA FINANCIAL SERVICES, INC.,

      Defendant.

_____/

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the Notice of Settlement (D.E. #8) filed October 1, 2008, in the above-styled case. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED, ADJUDGED and DECREED as follows:

1.    The above-styled case is hereby DISMISSED with prejudice. The Court retains jurisdiction of this matter for the enforcement of the terms and conditions of settlement.

2.    All unresolved pending motions in this case are hereby DENIED as moot.

3.    The **Trial** previously set for **October 20, 2008** is hereby CANCELED.

4.    The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 2nd day of October, 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:

*Counsel for Plaintiff:*
Samira Ghazal, Esq.
GHAZAL & GOMEZ, P.A.
1930 Tyler Street
Hollywood, FL 33020

*Counsel for Defendant:*
David P. Hartnett, Esq.
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Blvd.
Suite 1600
Miami, Fl 33156

2